the evidence, that there was no error in denying a new trial. *Parker* v. *The State*, 34 *Ga.* 262. *Judgment affirmed.*
July 10, 1893.

Indictment for cow-stealing. Before Judge BOWER. Dougherty superior court. April term, 1893.

Jones was charged " with the offence of cow-stealing, for that " he took and carried away with intent to steal " one red heifer with white face, of the value of $10," etc. Defendant demurred or moved to quash the indictment, upon the ground that no particular species of animal was described, claiming that many animals are called heifers, to wit, cow, buffalo, camel, elephant, some species of deer, and others, and that the description did not charge any particular species of offence. He was found guilty, and his motion for new trial was overruled. The motion contains the grounds, that the court erred in overruling the demurrer or motion to quash; that the verdict is contrary to law, evidence, etc.; and that the court erred in certain parts of the charge to the jury, which are not material here.

J. W. WALTERS, by HARRISON & PEEPLES, for plaintiff in error. W. N. SPENCE, solicitor-general, *contra.*

---

CRAWFORD *v.* THE STATE.

The verdict for voluntary manslaughter being the only one which, under the facts and the law applicable thereto, could have been properly rendered, any errors there may have been in the charge of the court were immaterial and harmless. The court committed no error in denying a new trial. *Judgment affirmed.*
July 10, 1893.

Indictment for murder. Before Judge BOWER. Dougherty superior court. April term, 1893.

J. W. WALTERS, by HARRISON & PEEPLES, for plaintiff in error. W. N. SPENCE, solicitor-general, *contra.*